UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| PRISCILLA ROSADO-CRUZ, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) )  Civil Action No. 5: 21-276-DCR |
| V. | ) ) ) |
| KING-KELLY, INC. d/b/a COWBOY'S SHOWGIRLS, et al., | )  **JUDGMENT** ) ) |
| Defendants. | ) |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of the defendants.

2. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: December 17, 2021.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky

- 1 -